UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KENNETH DUNNE,

                            Plaintiff,

        v.

WESTCHESTER DEPARTMENT OF CORRECTIONS
CORRECTIONAL HEALTH,

                            Defendant.

------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 9471(GEL) (KNF)

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ___

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
             October 31, 2007

                                              GERARD E. LYNCH
                                            United States District Judge